FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar No. 239905
ELIZABETH S. BERMAN, Cal. Bar No. 252377
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701
fpuglisi@sheppardmullin.com
valter@sheppardmullin.com
eberman@sheppardmullin.com

Attorneys for Defendant,
BBG Communications, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EVANS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., a Delaware CORPORATION, and DOES 1 - 10,<br><br>Defendant. | Case No. 10-CV-0542-H-NLS<br><br>**DEFENDANT BBG COMMUNICATIONS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: February 28, 2011<br>Time: 10:30 am<br>Courtroom: 13<br><br>[*Memorandum of Points & Authorities, Separate Statement of Undisputed Material Facts In Support of Summary Judgment and Declarations of Susan Freeman, Jorge Macari and Rafael Galicot in Support of Summary Judgment, filed concurrently herewith.*]<br><br>Complaint filed: March 12, 2010<br>Trial Date: None Set |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on February 28, 2011, at 10:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 13 of the United States District Court for the Southern District of California, located at 880 Front Street, San Diego, California 92101, the Honorable Marilyn L. Huff presiding, defendant BBG Communications, Inc. ("**BBG Communications**") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment in favor of BBG Communications and against Plaintiff Brandon Evans ("**Plaintiff**").

BBG Communications moves for summary judgment on the ground that there is no genuine issue of material fact and BBG Communications is entitled to judgment as a matter of law based on the following:

1. Plaintiff's First Claim for Relief for Violation of California Business & Professions Code § 17200, Second Claim for Relief for Breach of Implied Contract, and Third Claim for Relief for Conversion each fail because BBG Communications did not engage in any of the conduct alleged in the *First Amended Class Action Complaint for Damages and Injunctive Relief* ("**FAC**").

2. Plaintiff's First Claim for Relief for Violation of California Business & Professions Code § 17200, Second Claim for Relief for Breach of Implied Contract under California law, and Third Claim for Relief for Conversion under California law each fail because California's interest in applying its laws does not outweigh The Bahamas' interest in applying its laws to the conduct alleged in the FAC, and therefore Plaintiff cannot state any claim for relief under California law.

3. Plaintiff's First Claim for Relief for Violation of California Business & Professions Code § 17200, Second Claim for Relief for Breach of Implied Contract under California law, and Third Claim for Relief for Conversion under California law each fail because the conduct alleged in the FAC occurred exclusively outside of California, and therefore Plaintiff cannot state any claim for relief under California law.

4. Plaintiff's First Claim for Relief for Violation of California Business & Professions Code § 17200, Second Claim for Relief for Breach of Implied Contract under California law, and Third Claim for Relief for Conversion under California law each fail because, even if California law did apply, the alleged conduct that forms the basis of Plaintiff's claims is not wrongful.

BBG Communications' motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Separate Statement, and the Declarations of Jorge Macari, Susan Freeman and Rafael Galicot, all pleadings and papers filed in this action, and such other argument and evidence as the Court may consider.

Dated: January 12, 2011 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/

FRED R. PUGLISI
Attorneys for Defendant
BBG COMMUNICATIONS, INC.