

◉ Site ○ Department

| search | | Visit a Ministry |

**Home** | **Contact Us** | **FAQ** | **Forms** | **Site Map** | **Disclaimer**

The Government of the Bahamas > Agency > Port Department

**Welcome**
About The Bahamas

The Government

Contacts

Business and Finance

The National Budget

Request for Proposals RFPs

Bills, Laws and Acts

International Agreements

Memorandum of Understanding

Policies and Guidelines

Visiting The Bahamas or Visiting Abroad

Publications and Reports

Press Release

Links

Give Feedback

Events

Government Zone

NewsLetter

◄ previous  next ►

## Port Department

*Environment, Ministry of*

☎ 242 - 326-7354
322-1596
322-8832
322-2049
🖨 242 - 322-5545

**Contacts**
Patrick McNeil, Port Controller
Benjamin Ferguson, Senior Deputy Port Controller
Colliemae Ferguson, Deputy Port Controller
Craig Curtis, Assistant Port Controller
Cyril Roker, Deputy Port Controller

Prince George Dock
P. O. Box N 8175
Nassau, N.P., The Bahamas

*Areas of Responsibility*
*Relations with Bahamas Maritime Authority*
*Maritime Affairs*
*Relations with the Bahamas Water and Sewerage Corporation*
*Relations with the Bahamas Electricity Corporation*
*Relations with the Petroleum Industry*
*Oil and Natural Gas Exploration*
*Aragonite Mining*

The Port Department is responsible for enforcing strict safety measures and conducting timely inspections on all vessels licensed with the Port.

The Port Department is committed to excellence by; providing quality service to its customers, regulating all maritime and environmental issues within the port and providing training and career development opportunities for its staff.

© 2005 The Official Website of The Government of The Bahamas. All rights reserved.

EXHIBIT 2