

**BBG Holdings Ltd.**

March 2, 2007

*VIA FEDERAL EXPRESS*

Network Operator Services
119 West Tyler Street, Suite 260
Longview, TX 75601

          Re:    Centris Operator Services Agreement dated March 17, 2006 between BBG Holdings Limited ("BBG Holdings") and Network Operator Services, Inc. dba Centris (the "Agreement").

Dear Sirs:

I am writing to inform you that BBG Holdings is currently in the process of completing a transaction for the sale and transfer of all of its assets, agreements and business (the "Transfer") to its affiliate, BBG Global AG ("BBG Global"). We expect BBG Global to continue to operate BBG Holdings' business seamlessly as there will be no change in the existing Agreement between BBG Holdings and your company (other than a change to the address for notices).

Pursuant to the terms of the Agreement, the Transfer requires consent of your company and BBG Holdings is hereby requesting that you consent to such Transfer. BBG Holdings intends to complete the Transfer within the next week or so. We apologize for the short notice and request that you respond as soon as you are able.

**By countersigning below, you consent to the proposed Transfer. Upon signing please fax or e-mail a scanned copy of your countersignature to fax: +41 41 768-1075 or notices@bbgcomm.com.**

As of the date of this letter, please send all notices under the Agreement and correspondence to the following new address:

**BBG GLOBAL AG**
**Attn: Pilar Urbino**
**Bahnhof Park #4**
**CH-6340 Baar**
**Switzerland**
**Tel: +41 41 768-1070**
**Fax: +41 41 768-1075**
**e-mail: notices@bbgcomm.com**

We truly appreciate your business and cooperation and look forward to continue working with you. Please do not hesitate to call me with any questions or concerns. I can be reached at Tel: +1 (619) 661-6661 and cristina.rodriguez@bbgcomm.com

Very truly yours,

*[signature]*
Cristina Rodriguez Rios
General Counsel for BBG Holdings Limited

cc: President, BBG Holdings Limited

<u>Accepted and Agreed to the Transfer as set forth above in this letter:</u>

Network Operator Services, Inc. dba Centris
By: *David M Hayes*
Name: David M. Hayes
Title: VP of Finance

BBG HOLDING LIMITED
Codan Services Limited Clarendon House,
2 Church Street Hamilton HM 11, Bermuda.   Tel: (441) 295.5950 Fax: (441) 292.4720

EXHIBIT 5