FRED R. PUGLISI, Cal. Bar No. 121822
VALERIE E. ALTER, Cal. Bar No. 239905
ELIZABETH S. BERMAN, Cal. Bar No. 252377
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701
fpuglisi@sheppardmullin.com
valter@sheppardmullin.com
eberman@sheppardmullin.com

Attorneys for Defendant,
BBG Communications, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON EVANS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BBG COMMUNICATIONS, INC., a Delaware CORPORATION, and DOES 1 - 10, <br><br> Defendant. | Case No. 10-CV-0542-H-NLS <br><br> **DECLARATION OF** <br><br> **RAFAEL GALICOT** <br><br> **IN SUPPORT OF DEFENDANT BBG COMMUNICATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: February 28, 2011 <br> Time: 10:30 am <br> Courtroom: 13 <br><br> [*Notice of Motion and Motion for Summary Judgment, Memorandum of Points & Authorities, Separate Statement of Undisputed Material Facts In Support of Summary Judgment and Declarations of Susan Freeman and Jorge Macari in Support of Summary Judgment, filed concurrently herewith.*] <br><br> Complaint filed: March 12, 2010 <br> Trial Date: None Set |

10-CV-0542-H-NLS

# DECLARATION OF RAFAEL GALICOT

I, RAFAEL GALICOT, declare as follows:

1. I am the Secretary and director for BBG Communications, Inc. ("**BBG Communications**"). I make this declaration based on my personal knowledge, my review of the records available to me as they are kept in the ordinary course of BBG Communications' business, information obtained from other employees upon whom I regularly rely in the ordinary course of BBG Communications' business, or my general knowledge of the business practices of BBG Communications, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of BBG Communications, Inc.'s Motion for Summary Judgment.

3. I have reviewed and am familiar with the allegations stated in plaintiff Brandon Evans' First Amended Complaint ("**FAC**") in his action against BBG Communications.

4. BBG Communications' principal place of business is in San Diego, California. Contrary to the allegations stated in paragraph 5 of the FAC, however, the "transactions at issue" in the FAC did not emanate from BBG Communications' office in San Diego County, California, or BBG Communications generally.

5. More specifically, BBG Communications does not process or provide operator-assisted calling service for calls that originate in The Bahamas. Thus, BBG Communications did not provide the telecommunication services for the calls made by Mr. Evans as alleged in the FAC. Nor did BBG Communications draft or execute the

-1-

W02-WEST:1ESB1\403149271.3                                          BBG COMMUNICATIONS DECLARATION

contracts necessary to provide such services to Mr. Evans. Nor did BBG Communications' officers determine the policies regarding how rates and fees are disclosed to customers making calls from The Bahamas. Nor does BBG Communications have a contract with the entity in The Bahamas that owns the payphones from which Mr. Evans placed his calls.

6. Contrary to the allegations stated in the FAC, when Mr. Evans allegedly swiped his debit card at the payphone in The Bahamas, he was not connected to a BBG Communications operator in California. Rather, as set forth in detail in the Declaration of Susan Freeman of Centris, filed concurrently herewith, Mr. Evans was connected to Centris, a Texas corporation, which provided both live and automated operator assistance services to him from call centers located in Mexico and Texas, respectively.

7. Contrary to the allegations stated in the FAC, BBG Communications did not take possession of or retain the revenues associated with the three calls made by Mr. Evans from The Bahamas. Rather, as set forth in detail in the Declaration of Jorge Macari of BCS, filed concurrently herewith, the charges assessed on Mr. Evans were assessed and retained by BBG Global, which is located in Switzerland.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 23rd, 2010 at San Diego, California.

RAFAEL GALICOT