1 | Eric J. Benink, Esq., SBN 187434
2 | Mary K. Wyman, Esq., SBN 260104
　| KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
3 | 625 Broadway, Suite 635
　| San Diego, CA 92101
4 | Tel: (619) 232-0331
　| Fax: (619) 232-4019
5
　| Attorneys for Plaintiff
6
7 | UNITED STATES DISTRICT COURT
8 | SOUTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| BRANDON EVANS, on behalf of himself and all others similarly situated, | Case No.:10-CV-0542-H-NLS<br>Related to Case No.: 10-cv-2341-H (NLS) |
| Plaintiff, | **DECLARATION OF ALAN M. MANSFIELD IN SUPPORT OF PLAINTIFF BRANDON EVANS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BBG COMMUNICATIONS, INC., a Delaware corporation, and DOES 1 - 10, | Date: February 28, 2011<br>Time: 10:30 a.m.<br>Courtroom: 13 |
| Defendants. | Hon. Marilyn L. Huff |

I, Alan M. Mansfield, declare as follows:

1. I am one of the attorneys of record for Plaintiffs in the related action *Sajfr v. BBG Communications, Inc.*, 10-CV-02341-H-NLS ("*Sajfr*"). I am duly admitted to practice law in California and before this Court. I have personal knowledge of the facts stated below and if called upon, I could and would testify competently thereto.

2. On Friday, November 12, 2010 at approximately 2:00 p.m. local time, I visited the physical address for BBG Global AG listed on its website (www.bbgcommch.com), which is Bahnhof Park #4, CG-6340 Baar, Switzerland, a suburb of Zurich.

Dec. of Alan Mansfield ISO MSJ **1** CASE NO. 10-CV-0542-H-NLS

3.  Bahnof Park is a three-level apartment building complex with some offices on the lower floor.  There is a sign at the front of the building location listing the companies that are located in the complex, and specifically at Banhof Park #4.  BBG Global AG was not one of them.  Attached hereto as **Exhibit 1** are true and correct copies of two photographs that I took of that outside sign and the complex.

4.  I found a series of mailboxes near the building entrance for Banhof Park #4.  BBG Global AG did not have a listed mailbox.  Rather, there was a mailbox for BBG Global Management GmbH.   Attached hereto as **Exhibit 2** are true and correct copies of two photographs that I took of that mail box.  There was also a button to push to ring the location of the listed BBG office.  I rang the bell, but no one answered.

5.  As the door to the complex was open to the public, I went inside.  To the left on the first floor there was a door, with a piece of paper taped to the door that said "BBG Global AG."  I knocked on the door, but no one answered.  Attached hereto as **Exhibit 3** is a true and correct copy of the photograph I took of that sign.

6.  As the window shades were open to the BBG office, I looked into the space to see if I could determine if the outside bell was not operating.  The lights were off.  There were two offices, one of which had a desk with a phone and a computer that said "BBG Global AG" as a screen saver, and another one that had a desk with a phone and computer with some papers, a relatively-small file cabinet, and two bookshelves that were mostly empty save for a few notebooks.  No one was inside, even though it was a weekday afternoon.

///

///

///

1  ///

2        7.   I came back to the BBG office at approximately 3:30 p.m. that same Friday to
3  confirm that, even though it was a business day, the office was closed.  Again, no one was
4  present.

5        I declare under penalty of perjury under the law of the United States that the foregoing is
6  true and correct.

7        Executed as of this 3rd day of February, 2011 at San Diego, California.

                                                        _____
                                                        Alan M. Mansfield