# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Brandon Evans, on behalf of himself and all others similarly situated

V.

BBG Communications, Inc., a Delaware Corporation; and DOES 1-10

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10-CV-0542-H-(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Defendant BBG Communication's motion for summary judgment.

| March 4, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Garcia |
| | (By) Deputy Clerk |
| | ENTERED ON March 4, 2011 |

10-CV-0542-H-(NLS)